UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORTON, an individual; CATHIE L. HORTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CREDIT CORP. RETIREMENT PLAN, an entity of unknown form; FORECLOSURE SPECIALISTS, INC., dba ZENITH TRUSTEE SERVICES, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.  09cv0274IEG (NLS)<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

TO: DEFENDANTS, CALIFORNIA CREDIT CORP. RETIREMENT PLAN; FORECLOSURE SPECIALISTS, INC., dba ZENITH TRUSTEE SERVICES ("Defendants"); AND, THEIR ATTORNEY(S) OF RECORD:

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at 10:30 a.m. on March 11, 2009 or as soon thereafter as counsel may be heard in the courtroom of the Honorable Irma E. Gonzalez, located at 940 Front Street, San Diego, CA 92101, why you, your

Horton et al. v. California Credit Corp. Retirement Plan et al.
Case No. 09CV0274IEG (NLS)

Order Granting Temporary Restraining
Order And Order To Show Cause
re Preliminary Injunction

1

1  agents, assigns, employees, officers, attorneys, and representatives and those in active concert or

2  participation with you or them, should not be restrained and enjoined pending trial of this action from

3  engaging in or performing any act to deprive Plaintiffs of ownership and/or possession of the real

4  property located at 10272 RANCHO CARMEL DRIVE, SAN DIEGO, CALIFORNIA 92128

5

6  (hereinafter the "Property"), including but not limited to instituting, prosecuting, or maintaining

7  foreclosure or sale proceedings on the Property, from recording any deeds or mortgages regarding the

8  Property or from otherwise taking any steps whatsoever to deprive Plaintiffs of ownership and/or

9  possession in the Property, and in particular from proceeding with the sale of the Property scheduled

10 for Marchb 4, 2009.

11

12       PENDING HEARING on the above Order to Show Cause, you, your agents, assigns,

13 employees, officers, attorneys, and representatives and those in active concert or participation with

14 you or them ARE HEREBY RESTRAINED AND ENJOINED from engaging in or performing any

15 act to deprive Plaintiffs of ownership and/or possession of the real property located at 10272

16 RANCHO CARMEL DRIVE, SAN DIEGO, CALIFORNIA 92128 (hereinafter the "Property"),

17 including but not limited to instituting, prosecuting, or maintaining foreclosure or sale proceedings

18

19 on the Property, from recording any deeds or mortgages regarding the Property or from otherwise

20 taking any steps whatsoever to deprive Plaintiffs of ownership and/or possession in the Property, and

21 in particular from proceeding with the sale of the Property scheduled for March 4, 2009.

22       The above Temporary Restraining Order is effective immediately, the deed of trust

23 shall remain on the Property as security for the payment of such costs and damages as may be incurred

24 or suffered by any party who is found to have been wrongfully enjoined or restrained,  pursuant to the

25 requirements of FRCP 65(c).  This Order to Show and supporting papers must be served on

26

27 Defendants no later than February 27, 2009. Any response or opposition to this Order to Show Cause

Horton et al. v. California Credit Corp. Retirement Plan et al.    Order Granting Temporary Restraining
Case No. 09CV0274IEG (NLS)                                          Order And Order To Show Cause
                                              2                     re Preliminary Injunction

1  must be filed and personally served on Plaintiffs' counsel no later than March 6, 2009.

2  IT IS SO ORDERED.

3  DATED: February 25, 2009

    _____
    IRMA E. GONZALEZ, Chief Judge
    United States District Court